McCARTHY, JOHNSON & MILLER
  LAW CORPORATION
LORI A. NORD, ESQ., #87993
ANA PEREZ HALLMON, ESQ. #253309
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:   (415) 882-2999
E-mail: lnord@mjmlaw.us
E-mail: ahallmon@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY WELFARE FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; AND BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY LABOR MANAGEMENT COOPERATION COMMITTEE,<br><br>               Plaintiffs,<br><br>v.<br><br>ALL AMERICAN TILE AND TERRAZZO,<br><br>               Defendant. | No. C 12-5660 JSC<br><br>**ADMINISTRATIVE CLOSURE**<br>[Proposed] |

      On November 30, 2012, Plaintiffs filed a settlement agreement and stipulation for entry of judgment (Docket Number 5).  The stipulation calls for the entry of judgment only if Defendant defaults in making installment payments.  Therefore, Plaintiffs requested that this case be administratively closed.  As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of the Court to close this case for statistical purposes.  Nothing contained in this Order shall be

1  considered a dismissal or disposition of this action and, should further proceedings in this
2  litigation become necessary, any party may initiate it in the same manner as if this Order had not
3  been entered.
4      **IT IS SO ORDERED** that this case be Administratively closed.
5      **IT IS FURTHER ORDERED** that the dates in the November 2, 2012 Order Setting Initial
6  Case Management Conference and Deadlines are cancelled and the Case Management Conference
7  scheduled for March 7, 2013 at 1:30 p.m. be taken off calendar.

10  Dated: December 19, 2012

_____
Jacqueline S. Corley
United States Magistrate Judge